

FILED
APR 0 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
    Plaintiffs, ) No CR-12-85-AWI
)
vs. ) ORDER OF RELEASE
)
BENJAMIN GONZALEZ COVARRUBIAS )
)
)
    Defendant. )
_____)

The above named defendant having been sentenced on APRIL 9, 2012 TO 19 DAYS custody, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 4-9-12

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1